UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81140-CIV-COHN/SELTZER

NICHOLAS RYAN DEPALO,

    Plaintiff,

v.

MARGARITA ISLAND INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Dismissal with Prejudice [DE 12] ("Notice"). The Court has reviewed the Notice and the record in this case, and is otherwise advised in the premises. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of January, 2016.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF